# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED DECEMBER 17, 2025

### NO. 03-25-00925-CR

**Alisa Ann Golz, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 147TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS
## DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE TRIANA

This is an appeal from the order of deferred adjudication entered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.